Baumann, Appellant, vs. Chicago, Milwaukee, St. Paul & Pacific Railway Company, Respondent.

For the appellant: *Bloodgood, Kemper & Passmore,* attorneys, and *Eric Wm. Passmore* of counsel, all of Milwaukee.

For the respondent: *Bender, Trump & McIntyre,* attorneys, and *Rodger M. Trump* and *David G. Owen, Jr.,* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

Siewert, Respondent, vs. City of Milwaukee, Appellant.

For the appellant: *Max Raskin,* city attorney, and *Joseph L. Bednarek,* assistant city attorney, both of Milwaukee.

For the respondent: *Churchill, Bennett, Churchill & Davis* of Milwaukee.

*By the Court.*—Judgment affirmed.

Przybyszewski, Appellant, vs. Nash Sales, Inc., and others, Respondents.

For the appellant: *I. B. Padway* of Milwaukee.

For the respondents: *Harry V. Meissner* and *Maurice A. McCabe,* attorneys, and *Robert W. Hansen* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.